**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                           CHAPTER 13 CASE:

BERTHA N. THOMAS                            04-06032-EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| BERTHA N. THOMAS | PO BOX 741<br>CRYSTAL SPRINGS, MS 39059 | $4,868.92 |
|  |  |  |
|  |  |  |

DATED:   08/12/08                           Respectfully submitted,

                                            /s/James L. Henley, Jr.
                                            James L. Henley, Jr., MSB #9909
                                            Chapter 13 Trustee
                                            PO Box 31980
                                            Jackson, MS 39286
                                            (601) 981-9100


CC:   BOND, BOTES & STOVER
      414 S. STATE ST., STE. 105
      JACKSON, MS 39201