**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                              CHAPTER 13 CASE:

BERTHA N. THOMAS                               04-06032-EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| BERTHA N. THOMAS | PO BOX 741<br>CRYSTAL SPRINGS, MS 39059 | $244.00 |
|  |  |  |
|  |  |  |

DATED:     09/18/08                            Respectfully submitted,

                                               /s/James L. Henley, Jr.
                                               James L. Henley, Jr., MSB #9909
                                               Chapter 13 Trustee
                                               PO Box 31980
                                               Jackson, MS 39286
                                               (601) 981-9100

CC:   BOND, BOTES & STOVER, PC
      414 SOUTH STATE STREET, STE. 105
      JACKSON, MS 39201